*H. Cooper*, for the plaintiff.

*D. H. Colerick*, for the defendant.

---

JARRELL and Others *v.* SNYDER.—In error.

A DEMURRER to a replication because it is argumentative, should show how it is argumentative. *Vance et al.* v. *The State*, 6 Blackf. 80 (1.)

In the case of a fine imposed by a justice of the peace for profane swearing, the defendant may appeal to the Circuit Court. R. S. 1838, p. 362, sect. 11.

(1) So, a special demurrer for duplicity must show wherein the duplicity consists. *Smith* v. *Clench*, 2 Adol. & Ell. N. S. 835.